ACCEPTED
03-14-00810-CV
4176513
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 1:36:56 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00810-CV

In the Third Court of Appeals
For the State of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 1:36:56 PM
JEFFREY D. KYLE
Clerk

STEPHEN D. FOX,
AS NEXT FRIEND OF
C.F. and M.F.
Appellant

V.

MIRNA AZUCENA ALBERTO PEREZ
Appellee

Appeal from the 207th Judicial District Court of Comal County, Texas
Cause No. C2014-1631B
Honorable Dip Waldrip, Presiding

APPELLANTS'
# MOTION FOR EXTENSION OF TIME
# TO FILE APPELLANT'S BRIEF

Respectfully submitted,

STEPHEN D. FOX
TBN 07337250
P.O. Box 312104
New Braunfels, Texas 78131
(832) 245-2665
E Mail – Fox.Stephen2011@gmail.com

ATTORNEY FOR APPELLANTS

Motion for Extension of Time/File Brief/                                     1

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellants, STEPHEN D. FOX, as Next Friend of C.F. and M.F., and move the Court to grant a Motion for Extension of Time to File Appellants' Brief herein, and in support thereof would show the Court the following:

1.  Attorney, STEPHEN D. FOX, has been very ill during January and early February, 2015, that has prevented him from working on Appellants' Brief.

2.  Good cause exists for the granting of an Extension of Time to File Appellants' Brief herein. Appellants' Attorney of Record, STEPHEN D. FOX, has been very ill during January and early February, 2015, that has prevented him from researching the law and drafting Appellant's Brief herein.

3.  This Motion of not brought for purposes of delay, but that justice might be done.

4.  For the good cause as shown above, Attorney, STEPHEN D. FOX, requires at least an additional three (3) months in which to file Appellants' Brief.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that the Court grant Appellants' Motion for Extension of Time to File Appellants' Brief herein, and for such other and further relief, both general and special, legal and equitable, to which Attorney, STEPHEN D. FOX, may show himself to be justly entitled.

Respectfully submitted,

_Stephen W. Fox_

STEPHEN D. FOX
TBN 07337250
P.O. Box 312104
New Braunfels, Texas 78131
(832) 245-2665
E Mail – Fox.Stephen2011@gmail.com

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served

upon all parties entitled to notice per the Texas Rules of Civil Procedure on this the _17th_

day of ___Febuary___, 2015.

_Stephen W. Fox_

STEPHEN D. FOX

## CERTIFICATE OF CONFERENCE

I do hereby certify that a reasonable effort has been made to resolve the dispute

without the necessity of intervention and that effort has failed.

_Stephen W. Fox_

STEPHEN D. FOX

AFFIDAVIT

STATE OF TEXAS §

§

COUNTY OF BEXAR §

BEFORE ME, the undersigned authority, on this day personally appeared STEPHEN D. FOX, who, being by me duly sworn upon his oath did depose and say:

"My name is STEPHEN D. FOX, I am over the age of eighteen (18) years, competent to testify, I have personal knowledge of the facts stated herein, and all facts stated herein are true and correct.

I have drafted and read the foregoing Motion for Extension of Time to File Appellants' Brief and all facts stated therein are true and correct. This Motion is not brought for purposes of delay, but that justice might be done."

Further Affiant Sayeth Naught:

_____
STEPHEN D. FOX

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on this the 17th day of February, 2015.

_____
Notary Public/State of Texas

My Commission Expires:

RYAN D. GRIFFITH
My Commission Expires
March 8, 2016